JOSEPH T. SHARKEY, Individually and as Vice-Chairman of the Council of the City of New York, Appellant, *v.* FIORELLO H. LAGUARDIA, Individually and as Mayor of the City of New York, et al., Respondents.

Argued June 10, 1940; decided July 24, 1940.

*George Rosling* and *E. Ivan Rubenstein* for appellant.

*William C. Chanler, Corporation Counsel* (*Leo Brown* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.